1  Avi Burkwitz, Esq., Bar No.: 217225
   ABurkwitz@pbbllp.com
2  Natalie U. Luongo, Esq., Bar No.: 285288
   NLuongo@pbbllp.com
3  PETERSON · BRADFORD · BURKWITZ
4  100 North First Street, Suite 300
   Burbank, California 91502
5  818.562.5800

6  Attorneys for Defendants,
7  EVON PERKINS, STEPHANIE RODRIGUEZ, RENEE THOMAS,
   GUADALUPE LOPEZ, NORMA JAQUEZ, VERLINDA GINN, SUE
   POMMERVILLE, JUDY THOMAS, ELEANOR CLEMENTS, MICHAEL
8  WATROBSKI (erroneously sued as CSW WATROBSKI), AND PATRICIA
   PLOEHN (erroneously sued as Trish Ploehn)
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DANIEL CARLSON, BRENDA CARLSON<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, EVON PERKINS, STEPHANIE RODRIQUEZ, RENEE THOMAS, GUADALUPE LOPEZ, NORMA JAQUEZ, VERLINDA GINN, AND DOES 1-10,<br><br>Defendants. | Case No.: CV13-1472-JAK-DFM<br>Assigned to the Honorable: John A. Kronstadt<br>Referred to Honorable: Douglas F. McCormick<br><br>[~~PROPOSED~~] ORDER, RE: STIPULATION FOR A PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL RECORDS<br><br><br>Complaint Filed:   February 28, 2013 |
|---|---|

TO DEFENDANTS THROUGH THEIR ATTORNEYS OF RECORD AND PLAINTIFFS IN PRO PER:

For good cause having been shown, pursuant to the Stipulation for a Protective Order Governing Use and Disclosures of Confidential Records entered

into by and between Defendants, through their attorneys of record and Plaintiffs in Pro Per (the "Parties")(the "Stipulation"), it is hereby ORDERED:

1. This constitutes a binding Protective Order.

2. This Protective Order shall govern the disclosure of confidential records, documents, and/or information contained therein produced by the Juvenile Court pursuant to the Juvenile Court's Special Order, re: Petition to Obtain Dependency and Probation Reports, dated February 4, 2014, attached to the Parties' Stipulation as <u>Exhibit A</u>. Good cause exists for this Protective Order because the records, documents and information in the Juvenile Case File is produced pursuant to the Juvenile Court's Special Order is protected under California <u>Welfare and Institutions Code</u> § 827 and <u>California Rules of Court</u> 5.552.

3. All such records shall be designated by stamping copies of each document "CONFIDENTIAL" before being produced. Stamping "CONFIDENTIAL" on the cover of any multi-page document shall designate all pages of the multi-page document as confidential, unless otherwise indicated.

4. Upon receiving confidential information or documents, all Parties and their attorneys of record shall personally safeguard and keep confidential all copies of the confidential information or documents provided by the County of Los Angeles, and all confidential information shall be used only for the purposes set forth below, and only for the purpose of litigating the case *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM.

5. Should any document be inadvertently produced without properly being marked as "Confidential" under the terms of this Order, the Parties may designate and mark a document as "Confidential" at any time.

6. Any confidential document used as an exhibit during a deposition shall be attached to a separate deposition volume marked as "Confidential: Subject to Protective Order."

2

**[PROPOSED] ORDER, RE: STIPULATION FOR A PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL RECORDS**
CASE No. CV13-1472-JAK-DFM

c:\users\tsteele\appdata\local\temp\notesfff692\p-proposed order re protective order.docx

7. The Parties may only disseminate the confidential information when necessary for the litigation of the above-entitled civil action as follows: 1) to their employees, including paralegal, clerical and secretarial staff, 2) to individuals testifying under oath at deposition or trial in this action, 3) to any expert retained by any Party in this case, *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM, if any, and 4) the Court, members of its staff, including stenographic, jurors, and other court reporters, as necessary for use in this case, *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM.  Any individual to whom disclosure is to be made will also be bound by the provisions of this Protective Order.  Before such disclosure or dissemination of the confidential information or records is made by the Parties or their attorneys, the recipient will be advised of this protective order and will confirm by date and signature his/her agreement to comply with it.  In the event such individual does not consent to be bound by this Protective Order in writing, no disclosure of the confidential information or documents will be made to such individual.

8. Copies of all confidential documents and information shall only be used in connection with the litigation of the *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM matter, including depositions, law and motion, trial, and appeal, if any.

9. No Party or their attorneys shall disclose or disseminate to the general public or any news media any of the documents or information contained in the documents produced to either Party.  This paragraph is not meant to address the use of confidential documents at a deposition in the case *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM or for law and motion proceedings and trial in the case *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM.

10. Upon conclusion of the *Daniel Carlson et al. v. County of Los Angeles,*

**[PROPOSED] ORDER, RE: STIPULATION FOR A PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL RECORDS**
CASE No. CV13-1472-JAK-DFM

c:\users\tsteele\appdata\local\temp\notesfff692\p-proposed order re protective order.docx

*et al.,* CV13-1472-JAK-DFM case, all confidential information, as well as any information obtained and/or derived from the disclosure of the confidential information, shall be kept confidential. All confidential records provided shall be returned to the producing party or destroyed at the conclusion of the *Daniel Carlson et al. v. County of Los Angeles, et al.,* CV13-1472-JAK-DFM case.

11.  Documents produced and protected under this protective order are subject to the United States District Court Central District's Local Rule 79-5 relating to procedures to file documents under seal. The parties will use the procedure listed in <u>Local Rule</u> 79-5 for the filing of any document that is subject to this protective order.

12.  The Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder and any alleged violation of this Protective Order. If there is deemed to be a violation of this order, the court shall determine sanctions or other remedies against the party found to be in violation.

**IT IS SO ORDERED**:

DATED: April 7, 2016    _____

HON. DOUGLAS F. McCORMICK
United States Magistrate Judge

**[PROPOSED] ORDER, RE: STIPULATION FOR A PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL RECORDS**
CASE No. CV13-1472-JAK-DFM

c:\users\tsteele\appdata\local\temp\notesfff692\p-proposed order re protective order.docx