JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL CARLSON et al., | No. CV 13-1472-JAK (DFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| EVON PERKINS et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 1, 2018

_____
JOHN A. KRONSTADT
United States District Judge